**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Fred L. Edwards                                    CHAPTER 13
        Etta Smith-Edwards
          Debtor(s)                            BKY. NO. 26-12389 amc

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, N.A. and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Maggie Soboleski*
_____
Maggie Soboleski
27 Jul 2026, 15:26:14, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322

Document ID: 9ba0c7bb8a7cbd94809837b535d08f4d69422848d62bd50a5819ccf2527e0a90