## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Fred L. Edwards                                CHAPTER 13
       Etta Smith-Edwards

          <u>Debtor(s)</u>                          BKY. NO. 26-12389 amc

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, N.A. and index same on the master mailing list.


            Respectfully submitted,


/s/ *Maggie Soboleski*

Maggie Soboleski
27 Jul 2026, 15:26:14, EDT


        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322

Document ID: 9ba0c7bb8a7cbd94809837b535d08f4d69422848d62bd50a5819ccf2527e0a90